Christiano Excalibur Castelven
Name

3601 E. 25th St

Lawrence K.S. 66680
Address

FILED
OCT 07 2022
Clerk, U.S. District Court
By: A-Sch_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Christopher Cory Mica , Plaintiff
(Full Name)

v.

Jay Armbrister , Defendant(s)
Douglas County Sheriffs Office

CASE NO. 22-3236-JWL-JPO
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Christopher Cory Mica , is a ~~citizen~~ Non-resident of K-S
   (Plaintiff)                                                  (State)

   who presently resides at 3601 E 25th st. Lawrence
                                              (Mailing address or place
   K.S. .
   of confinement.)

2) Defendant Jay Armbrister is a citizen of
              (Name of first defendant)

   _____ , and is employed as
   (City, State)

   _____ . At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☐ No ☒. If your answer is "Yes", briefly explain:

   _____

   _____

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                              1

3) Defendant __Scott Schwabb__ is a citizen of
(Name of second defendant)

__120 SW 10th st. Topeka Ks. 66612__, and is employed as
(City, state)

__Secretary of State__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law?  Yes ☐  No ☒ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__31 USC 3729 (A)__

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

The Contract Clause of US Constitution Article 1 Sec. (10) Cl. 2, Binds the Sheriffs & State Officials Scott Schwabb from Laura Kelly, They Stand in Contravention of Law (4 USC 101), 42 USC 1981 (B) which Binds There Official Capacity.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: (18 USC 242) Deprivation of Rights Outlined in Contract Clause of U.S. Constitution

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Sheriff Armbrister was Served Notice As outlined in the Contract Files In Secretary of States office, (Non-Negotible Private Security Agreement), Constitutes Immediate Release under (42 USC 1981 (B), Sheriffs And Defendants John (45 USC 115)

B) (1) Count II: Contravention of Law (45 USC 115)

(2) Supporting Facts: Defendants Violate (45 USC 115) Contravention of Laws Article 1 Sec. 10 Cl. 2 of U.S. Constitution, Supreme Law of this Land.

C) (1) Count III: Title LXX Crimes Against Justice Ct. & SEC (5403)(5408)

(2) Supporting Facts: Defendants Attempted (KSA 21-3301) To Conspire Against Enforcement of Law.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Plaintiff Exhusts Administrative relief is Currenly using A Series of Contacts titles Legal Notice AND Demand,

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: Plaintiff is Entitled to Contractual Agreement in Monetary Damages, And Recoupton Pursuant to (UCC 9-623) Pursuant to Article 3 Sec. 2 of U.S. Constitution & (KSSA 77-109).

_____          _Christopher Coy Maffeo_____
Signature of Attorney (if any)                Signature of Plaintiff UCC 1-201 (32)(33)

_____

(Attorney's full address and telephone number)

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983                        5